NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: EDWARD TOBINICK,**
*Appellant*

---

2015-1307

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 105,866.

---

**JUDGMENT**

---

ROBERT W. HAHL, Neifeld IP Law, PC, Alexandria, VA, argued for appellant. Also represented by ROBERT MIHAIL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 16, 2015    /s/ Daniel E. O'Toole
Date        Daniel E. O'Toole
         Clerk of Court